Candy 4/7
in Marketing 8/21

August 15, 2007

Dear Ninth Circuit Court of Appeals,

C 07 4468 CRB (PR)

I, Stephen Crump, am writing this letter to you as an immediate request for permission of order authorizing the U.S. District Court, Northern District of California to consider this petition. I had filed a petition for writ of habeas corpus in federal court that is challenging the same conviction I am challenging now.

    Thank you for your time and consideration.

                      Respectfully submitted,

                      Stephen Crump