IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN CRUMP, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 07-4468 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| JUDGE THOMAS REARDON, et al., | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner currently on parole, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging an August 5, 2005 conviction from Alameda County superior court. His first petition was filed on July 18, 2007 and an order to show cause issued on November 16, 2007. See Crump v. Alameda County Super. Ct., No. C 07-3707 CRB (PR) (N.D. Cal. Nov. 16, 2007) (order to show cause).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

The clerk shall terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: January 11, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Crump, S2.or1.wpd